UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MISTY HIXSON, | § § § | |
| Plaintiff, | § | |
| v. | § § | Case No. 2:13-CV-0059-J |
| THE CITY OF PERRYTON, ET AL | § § § | |
| Defendants | § | |

## AGREED ORDER OF DISMISSAL

Before the Court is the parties' Stipulation of Dismissal. This action is dismissed without prejudice. Costs are taxed against the parties incurring same.

IT IS SO ORDERED.

SIGNED this 12th day of August, 2013.

_____
HONORABLE MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

**AGREED:**

Tim Hoffman
Ryan Turman
Hoffman, Sheffield, Sauseda & Hoffman
1008 S. Madison
Amarillo, TX 79101

By: _____
Ryan Turman
ATTORNEYS FOR PLAINTIFF

Lee Ann Reno, SBN 00791509
SPROUSE SHRADER SMITH P.C.
P.O. Box 15008
Amarillo, Texas 79105-5008

By: _____
Lee Ann Reno
ATTORNEY FOR DEFENDANTS